# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEVADA*
## -oOo-

IN THE MATTER OF THE SEARCH OF:

THE RESIDENCE LOCATED AT:

6317 MONARCH CREEK STREET,
LAS VEGAS, NEVADA 89130
AND OF ZACKARY LEE RUIZ

Magistrate Number: 2:15-mj-00011-GWF

**Order Unsealing Case**

Based on the Application of the Government, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the above captioned matter shall be unsealed.

DATED this 8ᵗʰ day of May, 2015.

_____
(UNITED STATES MAGISTRATE JUDGE

_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

MAY - 8 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

3